# United States District Court

WESTERN DISTRICT OF NEW YORK

Phillip Johnson

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 09-cv-160

v.

James Berbary
Superintendent Collins Correctional Facility

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition for writ of habeas corpus is denied. A Certificate of Appealability is denied and the court certifies that any appeal from this judgment would not be taken in good faith and denies leave to appeal as a poor person.

Date: January 27, 2011         MICHAEL J. ROEMER, CLERK

                               By:    s/J. McCarthy
                                      Deputy Clerk